[Nos. 42425-8-II; 42428-2-II.   Division Two.   April 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL AUSTIN KERBY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY ALLEN STRICKLAND, *Appellant*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 11-1-00085-3, Gordon Godfrey, J., entered August 25, 2011. Judgment *affirmed* in appeal No. 42425-8-II and judgment *reversed* and *remanded with instructions* in appeal No. 42428-2-II by unpublished opinion per Lee, J., concurred in by Maxa, J., and Penoyar, J. Pro Tem.

[No. 43188-2-II.   Division Two.   April 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. FRED CARL DURGELOH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-00735-4, Gary B. Bashor, J., entered March 2, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Penoyar, J. Pro Tem.

[No. 43853-4-II.   Division Two.   April 8, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY M. SUMAIT, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-1-00403-4, F. Mark McCauley, J., entered August 22, 2012. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Melnick, J.